AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Seaton Insurance Company,
           Plaintiff,

V.

Odyssey Reinsurance
Corporation,
           Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04C 11907 PBS

TO: (Name and address of Defendant)

    Odyssey Reinsurance Corporation
    300 First Stamford Place
    Stamford, CT 06902

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  SEP 01 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/3/04 |
| NAME OF SERVER (PRINT) Melissa G. Haugh | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Carol Lestaglio

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/3/04
             Date                Signature of Server

             58 Beverly Rd. Mount Kisco, NY 10549
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.