UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 23 P 3: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

Seaton Insurance Company, Inc.,    )
        Plaintiff                  )
v.                                 )    Case No. 04-CV-11007-PBS
                                   )
Odyssey Reinsurance Corporation    )
        Defendant.                 )

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND

The Defendant, Odyssey Reinsurance Corporation ("Odyssey"), respectfully moves this Court for an order extending by fourteen (14) days the time for Odyssey to answer or otherwise respond to the Complaint in the above-captioned matter. The Plaintiff, Seaton Insurance Company, Inc. ("Seaton"), assents to this request. In support of this Motion, Odyssey states as follows:

1.      Seaton's Complaint was filed on September 1, 2004, and served on Odyssey on September 3, 2004. The deadline for Odyssey to answer or otherwise respond to the Complaint is September 23, 2004.

2.      The Complaint sets forth numerous factual allegations relating to Seaton's claims. Odyssey requires additional time to investigate the facts alleged in order for it to respond to the same. As a result, Odyssey requests an additional fourteen (14) days to answer or other respond to the Complaint.

3.      Seaton, by its counsel Brian Bendig, assents to the relief requested herein.

4.      Odyssey submits that due to the nature of the relief requested, and Seaton's assent to the same, no memorandum of law is required for the Court to rule on this Motion.

WHEREFORE, Odyssey respectfully requests that this Honorable Court enter an order:

A.    Granting this Motion and extending by fourteen (14) days the deadline for

Odyssey to respond to Seaton's Complaint; and

B.    Awarding such other relief as is just and proper.

Respectfully submitted,

ODYSSEY REINSURANCE CORP.
By its attorneys,

Dated: September 23, 2004

Christopher H.M. Carter (BBO #124020)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000, phone
(617) 345-9020, facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I sent a copy of the foregoing by first-class mail, postage prepaid to Brian Bendig, counsel for Seaton Insurance Company, Inc.

Christopher H.M. Carter

#501177

2