UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Seaton Insurance Company, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action, No.: 04-CV-11907 PBS |
| ) | |
| Odyssey Reinsurance Corporation, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF DISMISSAL OF COUNT III OF COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Seaton Insurance Company, Inc., by and through its counsel, hereby dismisses without prejudice Count III of its Complaint against Odyssey Reinsurance Corporation.

Dated this day 27th day of September, 2004

                    SEATON INSURANCE COMPANY

             By:    _____
                    One of its Attorneys,
                    Brian Cullan Bendig
                    2 Central Square
                    Cambridge, Massachusetts 02139
                    Telephone: (617) 234-3812
                    Mass Bar #660126

- 1 -