UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Seaton Insurance Company, Inc., )<br>    Plaintiff, )<br>v. )<br>     )<br>Odyssey Reinsurance Corporation, )<br>    Defendant. )<br>     ) | Case No. 04-CV-11907-PBS |

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Defendant, Odyssey Reinsurance Corporation ("Odyssey"), respectfully moves this Court for an order extending by thirty (30) days the time for Odyssey to answer or otherwise respond to the Complaint in the above-captioned matter. The Plaintiff, Seaton Insurance Company, Inc. ("Seaton"), assents to this request. In support of this Motion, Odyssey states as follows:

1.    Seaton's Complaint was filed on September 1, 2004, and served on Odyssey on September 3, 2004. The deadline for Odyssey to answer or otherwise respond to the Complaint is currently October 7, 2004.

2.    The parties are currently engaged in settlement negotiations and, for that reason, Odyssey requests an additional thirty (30) days, namely up to and including November 8, 2004, to answer or otherwise respond to the Complaint.

3.    Seaton, by its counsel Brian Bendig, assents to the relief requested herein.

4.    Odyssey submits that due to the nature of the relief requested, and Seaton's assent to the same, no memorandum of law is required for the Court to rule on this Motion.

WHEREFORE, Odyssey respectfully requests that this Honorable Court enter an order:

A.  Granting this Motion and extending by thirty (30) days, namely up to and including November 8, 2004, the deadline for Odyssey to respond to Seaton's Complaint; and

B.  Awarding such other relief as is just and proper.

                          Respectfully submitted,

                          ODYSSEY REINSURANCE CORP.
                          By its attorneys,

Dated: October 6, 2004                /s/
                          Christopher H.M. Carter (BBO #124020)
                          Kelley A. Jordan-Price, (BBO #565964)
                          Hinckley, Allen & Snyder LLP
                          28 State Street
                          Boston, MA 02109
                          (617) 345-9000, phone
                          (617) 345-9020, facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I sent a copy of the foregoing by first-class mail, postage prepaid to Brian Bendig, counsel for Seaton Insurance Company, Inc.

                          /s/
                          Kelley A. Jordan-Price

#502768 v1