UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Seaton Insurance Company, Inc., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action, No.: 04-CV-11907 PBS |
| Odyssey Reinsurance Corporation, | ) |
| Defendant. | ) |

FILED
CLERKS OFFICE
2004 OCT 14 P 12: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Seaton Insurance Company, Inc., by and through its counsel, hereby dismisses with prejudice its Complaint against Odyssey Reinsurance Corporation.

Dated this day 14th day of October, 2004

SEATON INSURANCE COMPANY

By: _____
One of its Attorneys,
Brian Cullan Bendig
2 Central Square
Cambridge, Massachusetts 02139
Telephone: (617) 234-3812
Mass Bar #660126

- 1 -